PEOPLE ex rel. KERN v. MacLEAN et al. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Proceedings by the people, on the relation of Charles Kern, against Charles F. MacLean and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. LISCOMB v. STARK et al. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Proceedings by the people, on the relation of Joseph L. Liscomb, against Lucius J. N. Stark and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. NORTON v. BOARD OF POLICE COM'RS. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Proceedings by the people, on the relation of Edward Norton, against the board of police commissioners. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. REDFIELD, Appellant, v. WALKER, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Proceedings by the people, on the relation of Herman J. Redfield, against Foster W. Walker, as county treasurer of Livingston county. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SMITH, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 12, 1899.) Proceedings by the people, on the relation of John W. Smith, against Thomas L. Feitner and others. G. Malraison, for appellant. J. M. Ward, for respondents. No opinion. Order affirmed, with costs, on the authority of people v. Lyman, 30 App. Div. 135, 50 N. Y. Supp. 444, and 51 N. Y. Supp. 641; Id., 157 N. Y. 368, 52 N. E. 132.

PEOPLE'S STATE BANK OF EAST RANDOLPH, Respondent, v. NATIONAL BANK OF CORRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by the People's State Bank of East Randolph against the National Bank of Corry and others. No opinion. Judgment affirmed, with costs.

PIERCE, Appellant, v. CHAUTAUQUA COUNTY NAT. BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Levi J. Pierce, as administrator, etc., against the Chautauqua County National Bank. No opinion. Judgment affirmed, with costs.

PIERCE, Appellant, v. PORTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Marcus A. Pierce against Smith Porter, as sole executor, etc. No opinion. Judgment affirmed, with costs.

POWERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by James Powers against the New York Central & Hudson River Railroad Company. PER CURIAM. Judgment and order reversed, and a new trial granted, with costs to abide the event, unless the respondent, within 20 days after the service of the order entered hereon, stipulates to reduce the verdict to $2,500, in which event the judgment as so modified and the order are affirmed, without costs of this appeal.

POWERS, Appellant, v. WINTERS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Mary J. Powers against Lina Winters, sometimes known as Lina Powers, impleaded, etc. No opinion. Judgment affirmed, with costs.

PRICE, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Harry S. Price, by guardian, against Clara M. Jones. From an interlocutory judgment sustaining a demurrer to the complaint, plaintiff appeals. Affirmed. J. C. De La Mare, for appellant. John R. Halsey, for respondent.
VAN BRUNT, P. J. For the reasons assigned in the opinion in the case of Ahrens v. Jones (decided herewith), 58 N. Y. Supp. 115, the judgment appealed from should be affirmed, with costs, with leave to the plaintiff to amend on payment of costs in this court and in the court below. All concur, except PATTERSON, J., dissenting.

PUTTER, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. DICKOFF, Respondent, v. SAME, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Nathan Putter and Emil Dickoff against the Nassau Electric Railroad Company. No opinion. Judgment and order in each case affirmed, with costs.

REYNOLDS v. LEYDEN et al. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by John A. Reynolds against Maurice Leyden and others. No opinion. Motion denied, with $10 costs. All concur, except ADAMS, J., not voting. See 57 N. Y. Supp. 210.

REYNOLDS, Respondent, v. VILLAGE OF NEW ROCHELLE, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by James L. Reynolds against the village of New Rochelle for damages from change of grade of the Boston Post Road, in the said village of New Rochelle. No opinion. Judgment affirmed, with costs.

RICHARDSON, Appellant, v. RHINES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Amos J. Richardson against Alice Rhines and others. No opinion. Judgment and order affirmed, with costs.